IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CB3006 |
| Plaintiffs, | ) | |
| | ) | CVB No. 1157732 |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| EUGENE L. WINTERS, and | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

1) The government's oral motion to dismiss is granted.

2) The Central Violations Bureau matter against Eugene L Winters, ticket number 1157732, is dismissed.

DATED this 6th day of January, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge