IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:11CB3006 |
| Plaintiff, | VIOLATION: F4340070 |
| v. | ORDER |
| ZACHARY W. FITZGERALD, | |
| Defendant. | |

Upon motion of the government, the violation is dismissed.

IT IS SO ORDERED this 1st day of October, 2012.

*[signature]*
CHERYL R. ZWART
United States Magistrate Judge