IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 4:11CB3006 |
| Plaintiff, | VIOLATION: 1157737 |
| v. | ORDER |
| MICHELLE R. HELLBUSCH, | |
| Defendant. | |

Upon motion of the government, the violation is dismissed.

IT IS SO ORDERED this 3rd day of January, 2013.

_____
CHERYL R. ZWART
United States Magistrate Judge